# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 157 |
| | : | |
| AMENDMENT OF RULES 1.1 | : | DISCIPLINARY RULES |
| AND 1.6 OF THE | : | |
| PENNSYLVANIA | : | DOCKET |
| RULES OF PROFESSIONAL | : | |
| CONDUCT | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of April, 2018, upon the recommendation of the Disciplinary Board of the Supreme Court of Pennsylvania; the proposal having been published for public comment in the Pennsylvania Bulletin, 47 Pa.B. 5926 (September 23, 2017):

    **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rules 1.1 and 1.6 of the Pennsylvania Rules of Professional Conduct are amended as set forth in the attached Annex A.

    This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective July 1, 2018.

Material to be added is bolded and underlined.
Material to be deleted is bolded and in brackets